UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEVERN JACOBS, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 05-CV-1425 (RWR) |
| ) | ECF |
| **EARL A. POWELL, III,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: August 23, 2005                                         Respectfully submitted,


                                                                                /S/
                                                                John C. Truong, D.C. Bar # 465901
                                                                Assistant United States Attorney
                                                                Judiciary Center Building
                                                                555 Fourth Street, N.W.
                                                                Washington, D.C. 20530
                                                                (202) 307-0406
                                                                (202) 514-8780 (fax)
                                                                John.Truong@usdoj.gov