**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LEVERN JACOBS, SR. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No.: 05-1425 (RWR) |
|  | ) | ECF |
| EARL A. POWELL, III, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Earl A. Powell, III, Director, National Gallery of Art, in his official capacity hereby moves the Court for a thirty-day extension of time from September 29, 2005, to October 29, 2005, to respond to Plaintiff's Amended Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this motion. A scheduling order has not bee entered in this case.

There is good cause for the Court to grant this motion. Plaintiff Levern Jacobs, Sr., filed this lawsuit under Title VII alleging that Defendant discriminated against him based on his race (African-American) when Defendant suspended him from work for allegedly failing to repair a drinking fountain (Count I). In Count II, Mr. Jacobs also alleges that Defendant retaliated against him after he filed his EEO complaint for the alleged disparate treatment. In Count III, Mr. Jacobs claims that Defendant discriminated against him when Defendant did not approve certain training for him.

Defendant is in the process of investigating the merit of the allegations and needs additional time to determine whether one or more of these counts can be disposed of by

dispositive motion.  The undersigned counsel is collaborating with agency counsel toward this end.  Accordingly, Defendant needs an additional thirty days to complete the evaluation of Mr. Jacobs claims.

For the foregoing reasons, the Court should grant Defendant's unopposed motion for an extension of time from September 29, 2005, to October 29, 2005 for Defendant to respond to Mr. Jacobs' Amended Complaint.

Dated: September 27, 2005        Respectfully Submitted,

                /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


                /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


                /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LEVERN JACOBS, SR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARL A. POWELL, III, )<br>)<br>Defendant. )<br>) | Civ. No.: 05-1425 (RWR)<br>ECF |

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that Defendant's Unopposed Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including October 29, 2005, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. District Judge