UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEVERN JACOBS, SR.,** | ) | |
| PLAINTIFF | ) | Case No. 1:05CV01425 |
| v. | ) | Judge : Richard W. Roberts |
| **EARL A. POWELL, III,** | ) | |
| DEFENDANT. | ) | |

## NOTICE OF WITHDRAWL OF APPEARANCE

Please be advised that James M. Eisenmann no longer represents the Plaintiff. Undersigned counsel continues as Plaintiff's representative.

September 29, 2005                                            Respectfully submitted,

_____
Bryan J. Schwartz
D.C. Bar No. 482960
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W., Suite 500
Washington, D.C.  20005
TEL:   (202) 789-0100
FAX:   (202) 789-0101
Attorney for the Plaintiff