UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVERN JACOBS, SR.,  )  <br> ) <br> PLAINTIFF  ) <br> ) <br> v.  ) <br> ) <br> EARL A. POWELL, III,  ) <br> ) <br> ) <br> DEFENDANT.  ) <br> ) | Case No. 1:05CV01425 <br><br> Judge : Richard W. Roberts |

### ENTRY OF APPEARANCE

Please enter undersigned counsel's appearance as the principal attorney of record for Plaintiff, Mr. Jacobs. Undersigned counsel's contact information is below.

October 25, 2005                                         Respectfully submitted,

_____
Bryan J. Schwartz
D.C. Bar No. 482960
PASSMAN & KAPLAN, P.C.
1090 Vermont Avenue, N.W., Suite 500
Washington, D.C. 20005
TEL: (202) 789-0100
FAX: (202) 789-0101
bschwartz@passmanandkaplan.com
Attorney for the Plaintiff