UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
LEVERN JACOBS, SR.,            )
                               )
       Plaintiff,              )
                               )
   v.                          )   Civil Action No. 05-1425 (RWR)
                               )
EARL A. POWELL, III,           )
                               )
       Defendant.              )
_____)
```

### ORDER

Plaintiff Levern Jacobs filed a motion to refer this case to mediation, or in the alternative to amend the scheduling order because of the delayed and ultimately unsuccessful settlement negotiations. Defendant Earl Powell opposes referral of the case to mediation before discovery has taken place, but does not oppose adoption of Jacobs's proposed amended scheduling order. It is hereby

ORDERED that Jacobs's motion [11] to refer the case to mediation, or in the alternative to amend the scheduling order be, and hereby is, GRANTED in part and DENIED in part. The case will not be referred to mediation at this time, but the scheduling order is amended as follows:

```
Initial disclosures                          March 13, 2006
Amended complaint                            March 24, 2006
Plaintiff's expert witness designations      April 24, 2006
Defendant's expert witness designations      May 22, 2006
All discovery closed                         June 22, 2006
Dispositive motions                          July 24, 2006
```

- 2 -

It is further

    ORDERED that the post discovery status conference is rescheduled for June 23, 2006 at 9:45 a.m.

    SIGNED this 10th day of March, 2006.

                                        /s/
                            RICHARD W. ROBERTS
                            United States District Judge