## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEVERN JACOBS, Sr., | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1425 (RWR) |
| v. | ) | ECF |
| EARL A. POWELL III, DIRECTOR NATIONAL GALLERY OF ART | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Eric Janson and remove the appearance of Assistant United States Attorney John C. Truong counsel for defendant in the above-captioned case.

_____//s//_____
JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0406
John.Truong@usdoj.gov

_____//s//_____
ERIC JANSON , MD Bar
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150
Eric.Janson@usdoj.gov