UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVERN JACOBS, Sr., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EARL A. POWELL III, DIRECTOR ) <br> NATIONAL GALLERY OF ART ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 05-1425 (RMR) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Eric Janson and remove the appearance of Assistant United States Attorney John C. Truong counsel for defendant in the above-captioned case.

ERIC JANSON
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150
Eric.Janson@usdoj.gov