UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVERN JACOBS, SR., )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>EARL A. POWELL III, Director )<br>National Gallery of Art, )<br>)<br>      Defendant. )<br>) | Civil Action No.  05-1425 (RWR) |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

      This is an action in which Plaintiff alleges that Defendant discriminated and retaliated against him in violation of the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.  Plaintiff has sought various personnel, EEO, and other records that Defendant believes may contain information protected by the Privacy Act of 1974, 5 U.S.C. § 552a, et seq., or which may otherwise intrude on the privacy interests of third persons not before the Court.  In order to permit the parties to discover information relevant to this case without undermining the legislative purposes underlying the Privacy Act, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, the parties respectfully request that the Court enter the attached stipulated protective order.

|  |  |
|---|---|
| _____/s/_____<br>BRYAN J. SCHWARTZ<br>Passman & Kaplan, P.C.<br>1090 Vermont Avenue, NW<br>Suite 500<br>Washington, DC 20005<br>(202) 789-0100 | Respectfully Submitted,<br><br>_____/s/_____<br>KENNETH L. WAINSTEIN<br>D.C. BAR # 451058<br>United States Attorney<br><br>_____/s/_____<br>RUDOLPH CONTRERAS<br>D.C. Bar No.  434122<br>Assistant United States Attorney<br><br>_____/s/_____<br>ERIC J. JANSON<br>Special Assistant U.S. Attorney<br>Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-9150 |