UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEVERN JACOBS, SR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**EARL A. POWELL III, Director,** )<br>**National Gallery of Art,** )<br>)<br>Defendant. ) | Civil Action No. 05-1425 (RWR) |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF STATUS CONFERENCE**

Defendant, National Gallery of Art, through the undersigned counsel, respectfully requests the Court for a continuance of the status conference presently docketed for Friday, June 23, 2006 at 9:15 a.m.  Defendant's counsel and Plaintiff's counsel are currently finalizing a Stipulation of Settlement and Dismissal for the above-referenced case, but it will not likely not be completed before the status conference is to be held.  While it is anticipated that no further status conferences will be necessary, the Defendant respectfully moves the Court for a continuance and a new status conference to be scheduled on or after July 3, 2006, if deemed necessary.  Undersigned counsel contacted Plaintiff's counsel, Joseph Kaplan, Esq., who consents to this motion.

WHEREFORE, Defendant respectfully requests this Court sign the attached order continuing the status conference scheduled for Friday, June 23, 2006.

Respectfully Submitted,

_____/s/_____
KENNETH L. WAINSTEIN
D.C. BAR No. 451058
United States Attorney

_____/s/_____
ERIC J. JANSON
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEVERN JACOBS, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1425 (RWR) |
| | ) | |
| **EARL A. POWELL III, Director,** | ) | |
| **National Gallery of Art,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This case having come before this Court on Defendant's Unopposed Motion for a Continuance of Status Conference, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.**

**SO ORDERED** this _____ day of _____, 2006.

_____
Richard W. Roberts
United States District Court Judge